1  WILSHIRE LAW FIRM
   Bobby Saadian, SBN 250377
2  Thiago Coelho, SBN 324715
   3055 Wilshire Blvd., 12th Floor
3  Los Angeles, California 90010
   Tel: +213.381.9988
4  Fax: +213.381-9989

5  Attorneys for Plaintiff
   JUAN ALCAZAR
6
   MORGAN, LEWIS & BOCKIUS LLP
7  Kathy H. Gao, SBN 259019
   kathy.gao@morganlewis.com
8  300 South Grand Avenue
   Twenty-Second Floor
9  Los Angeles, CA 90071-3132
   Tel:  +1.213.612.2500
10 Fax: +1.213.612.2501

11 Attorneys for Defendant
   RITE AID CORPORATION
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 | JUAN ALCAZAR, individually and on behalf | Case No. 4:20-cv-02588-YGR |
   | of all other similarly situated, | |
17 | | **ORDER GRANTING JOINT** |
   | Plaintiff, | **STIPULATION OF DISMISSAL OF** |
18 | | **ENTIRE ACTION WITH PREJUDICE** |
   | vs. | |
19 | | |
   | RITE AID CORPORATION, a Delaware | |
20 | corporation; and DOES 1 to 10, inclusive, | |
21 | Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42946308.1

JOINT STIPULATION OF DISMISSAL
4:20-CV-02588-YGR

1  IT IS HEREBY STIPULATED by and between Plaintiff Juan Alcazar ("Plaintiff") and Rite Aid Corporation ("Defendant") (Plaintiff and Defendant collectively referred to as the "Parties") pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii) that this action may be dismissed with prejudice in its entirety as to Plaintiff individually and without prejudice as to any absent putative class member. This stipulation is also effective without a court order as it is signed by all parties who have appeared. *See* Fed. R. Civ. Proc. 41(a)(1)(A)(ii).

Dated: March 31, 2022        WILSHIRE LAW FIRM

By   */s/ Thiago Coelho*
Thiago Coelho
Attorney for Plaintiff
JUAN ALCAZAR

Dated: March 31, 2022        MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
Kathy H. Gao
Attorney for Defendant
RITE AID CORPORATION

### **FILER'S ATTESTATION**

I, Kathy H. Gao, am the ECF user whose identification and password are being used to file this Stipulation on behalf of the Parties. In compliance with L.R. 5-1(i)(3), I hereby attest that Thiago Coelho concurs in this filing.

Dated: March 31, 2022        MORGAN, LEWIS & BOCKIUS LLP

By   */s/ Kathy H. Gao*
KATHY H. GAO
Attorney for Defendant
RITE AID CORPORATION

/ / /

/ / /

/ / /

/ / /

/ / /

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42946308.1

1

JOINT STIPULATION OF DISMISSAL
4:20-CV-02588-YGR

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, and for good cause shown, the Court hereby orders as follows: this action is hereby dismissed with prejudice in its entirety as to Plaintiff individually and without prejudice as to any absent putative class member.

**IT IS SO ORDERED.**

Dated: April 11, 2022

_____
Honorable Yvonne G. Rogers
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 42946308.1

2

JOINT STIPULATION OF DISMISSAL
4:20-CV-02588-YGR